*E-Filed 3/1/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PATRICK A. MARTINEZ,

    Plaintiff,

v.

TIM VIRGA, et al.,

    Defendants.

No. C 11-4998 RS (PR)

**ORDER OF DISMISSAL**

**INTRODUCTION**

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The complaint was dismissed with leave to file an amended complaint within 30 days. More than 30 days have passed, and plaintiff has not filed an amended complaint. Accordingly, the action is hereby DISMISSED for failure to comply with a filing deadline and for failing to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: February 29, 2012

RICHARD SEEBORG
United States District Judge

No. C 11-4998 RS (PR)
ORDER OF DISMISSAL